AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America <br> v. <br> Ismael Hernandez Perez <br> <br> *Defendant(s)* | ) ) ) ) ) ) ) Case No. DR:25-3976m-01 |

FILED
SEP 18 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 18, 2024** in the county of **Maverick** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 933 | Trafficking in Firearms |

This criminal complaint is based on these facts:
SEE ATTACHMENT A.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Darren Johnson, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/18/2025

_____
*Judge's signature*

City and state: Del Rio, Texas     Joseph A. Cordova, United States Magistrate Judg
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF: | § § § |
| Ismael HERNANDEZ PEREZ | §  MAGISTRATE NO. § |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Darren Johnson, being duly sworn, depose and state the following:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). During my time as a Special Agent, I have investigated numerous federal firearms violations, including straw purchases of weapons, weapons trafficking offenses, and illegal possession of unregistered machine guns. During my career with the ATF, I have also participated in numerous searches and arrests involving violations of federal firearms laws.

2. I make this Affidavit in support of a criminal complaint to be presented to the United States District Court for the Western District of Texas in the matter of United States v. **Ismael HERNANDEZ PEREZ.**

3. This complaint charges that on or about May 18, 2024, in the Western District of Texas, **Ismael HERNANDEZ PEREZ**, did knowingly conspire and agree together with persons known and unknown to ship, transport, transfer, cause to be transported, and otherwise dispose of one and more firearms to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, or is an unlawful user of or addicted to any controlled substance (as defined in section 932(a), in violation of Title 18, United States Code §§ 933(a)(1) and (b).

1

4.      I base this summary of the facts upon information from my personal investigation and information provided to me by other law enforcement officers. This is a summary of the basic facts and not a complete description of all the information in the case. It is intended solely to demonstrate that there is sufficient evidence to establish probable cause that **Ismael HERNANDEZ PEREZ,** hereafter referred to as **HERNANDEZ,** committed the crime in question.

5.      The United States, namely the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and Homeland Security Investigations (HSI), is investigating a group of individuals, including **Alfredo JAIMES, HERNANDEZ,** and others, who utilize bulk United States currency to illegally purchase firearms (specifically, Barrett, .50 caliber rifles, AK-47 style firearms, 1911 style handguns, FNH SCAR rifles, and FNH M249S rifles) in the Northern, Western, and Southern Districts of Texas. These firearms are suspected of being illegally exported out of the United States to the United Mexican States for a Mexican drug trafficking organization (DTO). Through this investigation, agents identified Alfredo **JAIMES,** hereafter referred to as **JAIMES,** who is an alleged organizer and straw purchaser for the organization.

6.      On May 18, 2025, a white Chevrolet Express bearing Mexican license plates approached an outbound vehicle lane at the Customs and Border Protection (hereinafter "CBP") port of entry in Eagle Pass, Texas. The driver of the vehicle was identified by CBP officers as Jesus Daniel Alvarez. Alvarez gave CBP officers negative declarations regarding firearms. Alvarez was referred to secondary inspection. At secondary, CBP officers instructed Alvarez to begin unloading the van. During the unloading, CBP officers observed anomalies in one of the tote bags in the back of the van and performed a physical inspection. CBP officers discovered approximately thirty-three (33) firearm in all tote bags bearing a tag with "Tio Leo" written on the

tag. 30 of the firearms were rifles with obliterated serial numbers. CBP seized the firearms and ammunition then transferred the seized items to HSI custody. ATF agents later took custody of the 33 firearms.



7. On July 11, 2024, Darwin Quiroz Recarte purchased an FN, M249S, 5.56 caliber rifle, serial number M249SA09939 from Federal Firearm Licensee (FFL) SPIELVOGEL, ADAM MATTHEW for $11,419.29. During the transaction, Agents surveilling the FFL saw Ismael QUINTANILLA, hereafter referred to as QUINTANILLA riding as a passenger in a car that Darwin Recarte drove to the FFL. Additionally, QUINTANILLA entered the FFL's premises during the firearm purchase by Recarte. ATF and Texas Department of Public Safety conducted a traffic stop of the vehicle. Custodial interviews were conducted of both Recarte and QUINTANILLA. QUINTANILLA read his Miranda Warnings and waived those rights, agreeing to speak to Agents without an attorney present. QUINTANILLA confessed to recruiting Recarte to purchase the firearm on his behalf. QUINTANILLA provided consent to search his cellular device. After reviewing QUINTANILLA's cell phone, ATF discovered photos matching the 33 firearms seized by CBP at the Eagle Pass POE on May 18, 2024.








8. In a later interview with QUINTANILLA, he stated he intended to deliver the M249S rifle purchased by Recarte to an individual named Ismael, aka "Isa". QUINTANILLA further stated the aforementioned firearms depicted in the photos on his cell phone were sent to him by Ismael. According to QUINTANILLA, Ismael believed the firearms had been stolen after they came up missing. Ismael asked QUINTANILLA to be on the look-out for the firearms and the individual HERNANDEZ believed was responsible for stealing the firearms.

9. In July 2023, ATF, HSI, and FBI Agents interviewed another codefendant, hereafter referred to as CD#1, who provided an image of HERNANDEZ on surveillance video.



CD#1 told agents that the person in the image (HERNANDEZ) dropped off the 33 firearms that were seized in Eagle Pass at CD#1's house in Austin, Texas prior to the load attempting to be smuggled to Mexico. CD#1 also mentioned that the firearms were going to Luvianos, Mexico.

10. On September 17, 2025, ATF and HSI responded to the Eagle Pass, Texas Port of Entry to interview Ismael HERNANDEZ Perez. After advisement of rights and waiver, HERNANDEZ told agents that he was in Tejupilco, Mexico and also went to Luvianos, Mexico to visit his father. HERNANDEZ told agents that he lived at the "Park Plaza" Apartments in Austin, Texas and left to Mexico on June 16, 2025. HERNANDEZ told agents he was returning from Mexico to attend a court hearing in Austin, Texas. Agents showed HERNANDEZ the surveillance image of him provided by CD#1. HERNANDEZ told agents that he was probably walking by and that it was just a picture of him. HERNANDEZ was nervous and did not deny the image depicting him.

11. On July 29, 2025, agents interviewed a second codefendant (CD#2). CD#2 voluntarily provided agents information and led Agents to HERNANDEZ's Facebook Account with the name "Ismael Perez."



CD#2 confessed he was involved in collecting firearms on behalf of Alfredo JAIMES which was supported by messages obtained by ATF of JAIMES' snapchat account. CD#2 told agents that he stashed nineteen (19) firearms at his house that belonged to Alfredo JAIMES. JAIMES then sent HERNANDEZ to pick up the firearms. CD#2 also stated he was with HERNANDEZ on another occasion when HERNANDEZ delivered firearm boxes to someone to be trafficked. CD#2 stated HERNANDEZ works directly for Alfredo JAIMES.

12. On August 5, 2025, ATF, FBI, and HSI reinterviewed CD#1. Agents showed CD#1 and image of HERNANDEZ. CD#1 identified HERNANDEZ as the person who dropped off the (33) firearms at CD#1's house.

13. On September 3, 2025, ATF arrested QUINTANILLA for firearms trafficking charges. In a post-Miranda interview, QUINTANILLA provided consent for his cellular phone. Within that device was a booking photo which appeared to be posted to a public website/social media platform of Ismael HERNANDEZ PEREZ. QUINTANILLA confirmed the photo was Ismael aka "Isa" referenced in previous interviews.



14. Based on the foregoing facts, I believe that probable cause exists to establish that **Ismael HERNANDEZ PEREZ**, knowingly conspired and agreed together with persons known and unknown to ship, transport, transfer, cause to be transported, and otherwise dispose of one and more firearms to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, or is an unlawful user of or addicted to any controlled substance (as defined in section 932(a), in violation of Title 18, United States Code §§ 933(a)(1) and (b).

Darren Johnson
Special Agent, Bureau of Alcohol, Tobacco,
Firearms and Explosives (ATF)

SUBSCRIBED AND SWORN TO me this 18th day of September 2025, and I find probable cause.

_____
Honorable Joseph A. Cordova
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS