FILED
December 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Violet Jimenez Palao__
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | CRIMINAL NO. DR25-CR-2413-AM |
| v. | § § | **SUPERSEDING INDICTMENT** |
| ISMAEL HERNANDEZ-PEREZ (1), | § § § | [COUNT ONE: 18 U.S.C. § 933(a)(1) and (b), Conspiracy to traffic firearms.] |
| ▊▊▊▊▊▊▊▊▊ | § § § | **FORFEITURE** |
| Defendant. | § § § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 933(a)(1) and (b)]

On or about May 18, 2024, through the date of this indictment, in the Western District of Texas, Defendants,

ISMAEL HERNANDEZ-PEREZ (1),


did knowingly conspire and agree together and with persons known and unknown, to ship, transport, transfer, cause to be transported, and otherwise dispose of one and more firearms, including but not limited to:

1-Smith & Wesson model 380 Shield EZ, .380 caliber handgun (S/N: RES7736)
1- FNH model SCAR 17S, 7.62mm rifle (S/N: H1C23707)
1- FNH model SCAR 16S, 5.56mm rifle (S/N: obliterated)
1- Romarm/Cugir model WASR-10UF, 7.62mm rifle (S/N: 22UF-6571)

1- Israel Weapon Industries (IWI) model Galil Ace SAR, 5.56 mm handgun (S/N: obliterated)
1- CZ (Ceska Zbrojovka) model Bren 2MS, 7.62mm rifle (S/N: D133864)
1- CZ (Ceska Zbrojovka) model Bren 2MS, 5.56mm rifle (S/N: E088647)
1- CZ (Ceska Zbrojovka) model 805 Bren S1, 5.56mm rifle (S/N: obliterated)
1- CZ (Ceska Zbrojovka) model Bren 2MS, 5.56mm rifle (S/N: E372421)
1- Sig Sauer model 716, 7.62mm rifle (S/N: obliterated)
1- Crusader Arms (CruArms) model Temp556, 5.56mm rifle (S/N: 2023TEM0052)
1- CZ (Ceska Zbrojovka) model Bren 2MS, 5.56mm handgun (S/N: obliterated)
1- CZ (Ceska Zbrojovka) model Bren 2MS, 5.56mm rifle (S/N: obliterated)
1- Israel Weapon Industries (IWI) model Galil Ace SAR, 7.62mm rifle (S/N: G20322**)
1- FNH model SCAR 16S, 5.56mm rifle (S/N: obliterated and unable to restore)
1- Israel Weapon Industries (IWI) model Galil Ace SAR, 5.56 mm rifle (S/N: G2029*85)
1- Israel Weapon Industries (IWI) model Galil Ace SAR, 7.62mm rifle (S/N: G2*****)
1- CZ (Ceska Zbrojovka) model Bren 2MS, 7.62mm handgun (S/N: H311937)
1- Israel Weapon Industries (IWI) model Tavor X95, 5.56mm rifle rifle (S/N: ****52)
1- Israel Weapon Industries (IWI) model Tavor SAR, .223 caliber rifle (S/N: obliterated)
1- Israel Weapon Industries (IWI) model Galil Ace SAR, 7.62mm rifle (S/N: G0007***)
1- Israel Weapon Industries (IWI) model Tavor SAR, 5.56mm rifle (S/N: T***25)
1- Israel Weapon Industries (IWI) model Tavor SAR, 5.56mm rifle (S/N: obliterated)
1- Romarm/Cugir model WASR-10UF, 7.62mm rifle (S/N: 23UF-91)
1- Romarm/Cugir model WASR-10UF, 7.62mm rifle (S/N: 23UF-7850)
1- Romarm/Cugir model WASR-10UF, 7.62mm rifle (S/N: 23UF-7857)
1- Romarm/Cugir model WASR-10UF, 7.62mm rifle (S/N: 23UF-9340)
1- Palmetto State Armory (PSA) PSAK47, 7.62mm rifle (S/N: G*3-4*42)
1- Palmetto State Armory (PSA) PSAK47, 7.62mm rifle (S/N: obliterated)
1- Pioneer Arms Corporation (Radom) model Sporter, 7.62mm rifle (S/N: PAC23PL15561)
1- Glock model 19 Gen.4 9mm handgun rifle (S/N: RTF795)
1- Sig Sauer model Spartan II, .380 caliber handgun (S/N: 27C060935)
1- Israel Weapon Industries (IWI) model Galil Ace SAR 5.56mm rifle (S/N: obliterated)
1- Palmetto State Armory, Model: PSK-U, 7.62m rifle bearing serial number AKU004784
1- Palmetto State Armory, Model: PSK-U, 7.62mm rifle bearing serial number AKU004782.
1- Pioneer Arms Corp, Model: Sporter, 7.62 mm rifle bearing serial number PAC23PL16516F.
1- Pioneer Arms Corp, Model: Sporter, 7.62-mm rifle bearing serial number PAC23PL16514F.

to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that said individual intended to use, carry, possess and sell and otherwise dispose of the firearm in furtherance of a felony, to wit: 18 U.S.C. § 554, in violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* FED. R. CRIM. P. 32.2]

### Firearms Violations and Forfeiture Statutes
[Title 18 U.S.C. § 933(a)(1) and (b),
subject to forfeiture pursuant to Title 18 U.S.C. §§ 934(a) and 924(d)(1),
made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]

As a result of the criminal violations set forth above, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of property, including any items listed below, upon conviction and as a part of sentence pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. §§ 934(a) and 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states the following:

**Title 18 U.S.C. § 934. Forfeiture and fines**
**(a) Forfeiture.—**
  **(1) In general.** Any person convicted of a violation of section 932 or 933 shall forfeit to the United States, irrespective of any provision of State law—
    **(A)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and
    **(B)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, except that for any forfeiture of any firearm or ammunition pursuant to this section, section 924(d) shall apply.
  **(2) Imposition.** —The court, in imposing sentence on a person convicted of a violation of section 932 or 933, shall order, in addition to any other sentence imposed pursuant to section 932 or 933, that the person forfeit to the United States all property described in paragraph (1).

**Title 18 U.S.C. § 924. Penalties**
  **(d)(1)** Any firearm or ammunition involved in or used in . . . any other criminal law of the United States . . . shall be subject to seizure and forfeiture . . .

This Notice of Demand for Forfeiture includes but is not limited to the following property:

1. Smith & Wesson model 380 Shield EZ, .380 caliber handgun (S/N: RES7736);
2. FNH model SCAR 17S, 7.62mm rifle (S/N: H1C23707);
3. FNH model SCAR 16S, 5.56mm rifle (S/N: obliterated);
4. Romarm/Cugir model WASR-10UF, 7.62mm rifle (S/N: 22UF-6571);
5. Israel Weapon Industries (IWI) model Galil Ace SAR, 5.56 mm handgun (S/N: obliterated);
6. CZ (Ceska Zbrojovka) model Bren 2MS, 7.62mm rifle (S/N: D133864);

7. CZ (Ceska Zbrojovka) model Bren 2MS, 5.56mm rifle (S/N: E088647);
8. CZ (Ceska Zbrojovka) model 805 Bren S1, 5.56mm rifle (S/N: obliterated);
9. CZ (Ceska Zbrojovka) model Bren 2MS, 5.56mm rifle (S/N: E372421);
10. Sig Sauer model 716, 7.62mm rifle (S/N: obliterated);
11. Crusader Arms (CruArms) model Temp556, 5.56mm rifle (S/N: 2023TEM0052);
12. CZ (Ceska Zbrojovka) model Bren 2MS, 5.56mm handgun (S/N: obliterated);
13. CZ (Ceska Zbrojovka) model Bren 2MS, 5.56mm rifle (S/N: obliterated);
14. Israel Weapon Industries (IWI) model Galil Ace SAR, 7.62mm rifle (S/N: G20322**);
15. FNH model SCAR 16S, 5.56mm rifle (S/N: obliterated and unable to restore);
16. Israel Weapon Industries (IWI) model Galil Ace SAR, 5.56 mm rifle (S/N: G2029*85);
17. Israel Weapon Industries (IWI) model Galil Ace SAR, 7.62mm rifle (S/N: G2*****);
18. CZ (Ceska Zbrojovka) model Bren 2MS, 7.62mm handgun (S/N: H311937);
19. Israel Weapon Industries (IWI) model Tavor X95, 5.56mm rifle rifle (S/N: ****52);
20. Israel Weapon Industries (IWI) model Tavor SAR, .223 caliber rifle (S/N: obliterated);
21. Israel Weapon Industries (IWI) model Galil Ace SAR, 7.62mm rifle (S/N: G0007***);
22. Israel Weapon Industries (IWI) model Tavor SAR, 5.56mm rifle (S/N: T***25);
23. Israel Weapon Industries (IWI) model Tavor SAR, 5.56mm rifle (S/N: obliterated);
24. Romarm/Cugir model WASR-10UF, 7.62mm rifle (S/N: 23UF-91);
25. Romarm/Cugir model WASR-10UF, 7.62mm rifle (S/N: 23UF-7850);
26. Romarm/Cugir model WASR-10UF, 7.62mm rifle (S/N: 23UF-7857);
27. Romarm/Cugir model WASR-10UF, 7.62mm rifle (S/N: 23UF-9340);
28. Palmetto State Armory (PSA) PSAK47, 7.62mm rifle (S/N: G*3-4*42);
29. Palmetto State Armory (PSA) PSAK47, 7.62mm rifle (S/N: obliterated);
30. Pioneer Arms Corporation (Radom) model Sporter, 7.62mm rifle (S/N: PAC23PL15561);
31. Glock model 19 Gen.4 9mm handgun rifle (S/N: RTF795);
32. Sig Sauer model Spartan II, .380 caliber handgun (S/N: 27C060935);
33. Israel Weapon Industries (IWI) model Galil Ace SAR 5.56mm rifle (S/N: obliterated);
34. Palmetto State Armory, Model: PSK-U, 7.62m rifle bearing serial number AKU004784 ;
35. Palmetto State Armory, Model: PSK-U, 7.62mm rifle bearing serial number AKU004782;
36. Pioneer Arms Corp, Model: Sporter, 7.62 mm rifle bearing serial number PAC23PL16516F;
37. Pioneer Arms Corp, Model: Sporter, 7.62-mm rifle bearing serial number PAC23PL16514F; and
38. Any other related ammunition and firearm accessories.

<u>A TRUE BILL.</u>

FOREPERSON

JUSTIN R. SIMMONS
United States Attorney

By: /s/ Warsame Galaydh
WARSAME A.K. GALAYDH
Assistant United States Attorney